# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **DAVID WASHINGTON #765851** | § | |
| | § | |
| **V.** | § | **W-22-CA-937-ADA** |
| | § | |
| **PHONSO J. RAYFORD, et al.** | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff seeks leave to proceed in forma pauperis.

Under the Prison Litigation Reform Act, a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if he or she has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless whether a prisoner proceeds *in forma pauperis* in a civil case, if at any time the prisoner's case is dismissed as frivolous or malicious, or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-dismissal rule.

Plaintiff is currently incarcerated. While incarcerated, Plaintiff has filed at least three civil actions or appeals that have been dismissed as frivolous, malicious or for failure to state a claim. *See Washington v. Foster, et al.,* No. 3:02-CV-650 (S.D. Tex.

1

Aug. 20, 2004) (7th strike); *Washington v. Doughty, et al.*, No. 1:03- CV-382 (E.D. Tex. Jan. 27, 2005) (6th strike); *Washington v. Sobeck, et al.*, No. 1:03-CV-476 (E.D. Tex. Apr. 27, 2004) (5th strike); *Washington v. Pham, et al.*, No. 3:02-CV-812 (S.D. Tex. Jan. 28, 2004) (4th strike); *Washington v. Foster, et al.*, No. 3:02-CV-575 (S.D. Tex. Jan. 23, 2004) (3rd strike); *Washington v. Mosley, et al.*, No. 1:03-CV-570 (E.D. Tex. Oct. 29, 2003) (2nd strike); *Washington v. Doughty et al.*, No. 1:03-CV-421 (E.D. Tex. Aug. 25, 2003) (1st strike). Therefore, Plaintiff may not file another civil action *in forma pauperis* while incarcerated unless Plaintiff is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint does not meet that standard.

It is therefore **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*, and his complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g). Plaintiff's complaint may be reinstated only if the full filing fee of $402 is paid simultaneously with the filing of a motion to reinstate within thirty days of the date of this order.

**SIGNED** on September 12, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE